DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARK ROMAN,**
Appellant,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY** as Trustee for **WAMU**
Mortgage Pass-Through Certificate Series 2005-AR6 and **LACHO &
FRANZ, LLC,**
Appellees.

No. 4D17-120

[October 19, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard Oftedal, Judge; L.T. Case No. 2013CA010589XXXXMB.

Steven M. Selz of Selz & Muvdi Selz, P.A., Jupiter, for appellant.

Benjamin B. Carter of Lapin & Leichtling, LLP, Coral Gables, for Deutsche Bank, National Trust Company.

Kevin M. Kennedy, Davie, for Lacho & Franz, LLC.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and LEVINE, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***